IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LEO P. COLLINS                                                PETITIONER
Reg #15509-078

v.                        No. 2:23-cv-48-DPM

JOHN P. YATES, Warden,
FCI Forrest City                                          RESPONDENT

### ORDER

Unopposed recommendation, *Doc. 9*, adopted as modified. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Both claims in Collins's § 2241 petition, *Doc. 1*, will be dismissed without prejudice. Motion for default judgment, *Doc. 10*, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 June 2023