IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LEO P. COLLINS                                                          PETITIONER
Reg #15509-078

v.                          No. 2:23-cv-48-DPM

JOHN P. YATES, Warden,
FCI Forrest City                                                        RESPONDENT

## ORDER

On *de novo* review, the Court adopts the Magistrate Judge's recommendation, *Doc. 9*, as modified, and overrules Collins's objections, *Doc. 15*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). He did not fully exhaust his administrative remedies before filing his petition. Collins includes with his objections a motion that he says he filed with the Bureau of Prisons. That motion, *Doc. 15 at 5-10*, is dated 7 March 2023. He filed his petition weeks earlier, on 24 February 2023. Both claims in Collins's § 2241 petition, *Doc. 1*, will therefore be dismissed without prejudice.

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2023