IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

LEO P. COLLINS     PETITIONER
Reg #15509-078

v.     No. 2:23-cv-48-DPM

JOHN P. YATES, Warden,
FCI Forrest City     RESPONDENT

## JUDGMENT

Collins's § 2241 petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 July 2023